# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 122 - 2 | DATE | 2/13/2008 |
| CASE TITLE | USA vs. Gregorio Rodriguez | | |

**DOCKET ENTRY TEXT**

Initial Appearance held on 2/13/2008 as to Gregorio Rodriguz (2). Defendant informed of his rights. Defendant appears to the arrest on 2/12/08. Robert Rascia is given leave to file appearance on behalf of defendant. Government's oral motion to detain defendant is entered and continued to 2/19/08 at 10:30 a.m. Preliminary examination set for 2/21/08 at 1:00 p.m. Defendant to remain in custody pending detention hearing.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | yp |
|---|---|---|