## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 2 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA vs. Gregorio Rodriguez | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/19/2008 as to Gregorio Rodriguez. Witness testimony taken in open court. For the reasons stated in open court, Government's oral motion to detain defendant is denied. Bond Hearing set for 2/22/08 at 1:30 p.m. Defendant shall remain in custody pending bond hearing.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|