## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 2,3,6,7,9 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Ware, et al | | |

**DOCKET ENTRY TEXT**

Preliminary examination held on 2/21/2008 as to Gregorio Rodriguez (2); Gary McDonald (3); Kevin Waddell (6); Terry Peten (7) and Jermaine McCann (9). Defendants waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | yp |
|---|---|---|