## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 2 | **DATE** | 2/25/2008 |
| **CASE TITLE** | USA vs. Gregorio Rodriguez | | |

**DOCKET ENTRY TEXT**

Bond Hearing held on 2/25/2008 as to Gregorio Rodriguez (2). Enter Order Setting Conditions of Release.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|