

*Felony NF*

# FILED

**APR 0 8 2008** NF

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

*JUDGE LEINENWEBER*

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

*MAGISTRATE JUDGE VALDEZ*

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO ☐    YES X**   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08 CR 122, U.S. v. Ware et al.   *Valdez*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X    YES ☐**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X    YES ☐**

6) What level of offense is this indictment or information?   **FELONY X    MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**   **NO ☐    YES X**

8) Does this indictment or information include a conspiracy count?   **NO X    YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide . . . . . . . . . . (II) | ☐ Income Tax Fraud . . . . . . . . (II) | DAPCA Controlled Substances . . . (III) |
   | ☐ Criminal Antitrust . . . . . . (II) | ☐ Postal Fraud . . . . . . . . . . (II) | ☐ Miscellaneous General Offenses . . . (IV) |
   | ☐ Bank robbery . . . . . . . . . (II) | ☐ Other Fraud . . . . . . . . . (III) | ☐ Immigration Laws . . . . . . . . . . (IV) |
   | ☐ Post Office Robbery . . . . (II) | ☐ Auto Theft . . . . . . . . . . (IV) | ☐ Liquor, Internal Revenue Laws . . . (IV) |
   | ☐ Other Robbery . . . . . . . . (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws . . . . . . . . . (IV) |
   | ☐ Assault . . . . . . . . . . (III) | ☐ Forgery . . . . . . . . . (III) | ☐ Motor Carrier Act . . . . . . . . . . (IV) |
   | ☐ Burglary . . . . . . . . . . . (IV) | ☐ Counterfeiting . . . . . . . . . (III) | ☐ Selective Service Act . . . . . . . . (IV) |
   | ☐ Larceny and Theft . . . . . (IV) | ☐ Sex Offenses . . . . . . . . (II) | ☐ Obscene Mail . . . . . . . . . . (III) |
   | ☐ Postal Embezzlement . . . . (IV) | ☐ DAPCA Marijuana . . . . . . . . (III) | ☐ Other Federal Statutes . . . . . . . . (III) |
   | ☐ Other Embezzlement . . . . (III) | ☒ DAPCA Narcotics . . . . . . . . (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 21, USC § 846; and Title 18, USC § 2

TERRA L. BROWN
TINOS DIAMANTATOS
Assistant United States Attorney

(Revised 12/99)