# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Barry Ware, et al.

                Defendant.

Case No.: 1:08−cr−00122
Honorable Harry D. Leinenweber

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2008:

    MINUTE entry before Judge Honorable Maria Valdez:This matter has been referred to Magistrate Judge Maria Valdez for Arraignment and/or detention hearing. Arraignment as to defendants Barry Ware, Gregorio Rodriguez, Gary McDonald, Devon Tyler, Gerald Lindsey, Kevin Waddell, Terry Peten, Melvin Holmes, Jermaine McCann, Bobby Mitchell, LaQuinta Moffett, Howard Blankenship, Linnea Massey set for 4/15/2008 at 10:00 a.m. before Magistrate Judge Maria Valdez in Courtroom 1300. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.